## In the Interest of A.V. and A.V.

### No. ED 84162.

Missouri Court of Appeals, Eastern District.

Dec. 7, 2004.

1. Superior's Motion for Damages for Frivolous Appeal, which was ordered taken with the case, is hereby denied.

Laurence G. Schmidt, Festus, MO, Grant Johnston, Crystal City, MO, for appellant.

Theodore R. Allen, Jr., Hillsboro, MO, for respondent.

Lisa Page, Festus, MO, Guardian Ad Litem for juveniles.

Before KATHIANNE KNAUP CRANE, P.J., GLENN A. NORTON, J. and BOOKER T. SHAW, J.

### *ORDER*

PER CURIAM.

Father appeals the judgment terminating his parental rights with respect to A.V. and A.V.

We have reviewed the parties' briefs and the record on appeal and find no error of law. The judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).